UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **EDGAR MHOON** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | |
| **ALLEN JAMES, ET AL.** | CASE NO: 16-2392-STA-egb |
| Defendants. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the **ORDER DIRECTING ENTRY OF JUDGMENT, CERTIFYING AN APPEAL WOULD NOT BE TAKEN IN GOOD FAITH AND NOTIFYING PLAINTIFF OF APPELLATE FILING FEE** entered on May 10, 2017, this cause is hereby **DISMISSED**.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 5/10/2017

THOMAS M. GOULD
**Clerk of Court**

s/Maurice B. BRYSON

(By)  Deputy Clerk